## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Operating Engineers Local #49 Health and
Welfare Fund and Central Pension Fund of
the International Union of Operating, Engineers
and Participating Employers, et al.,

        Plaintiffs,                  Civil No. 08-4995 (RHK/RLE)

vs.

**ORDER**

Visser Scraper Service, LLC,

        Defendant.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  August 25, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge